UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TONY C. VASSER AND DENA VASSER**                                    **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO. 1:06CV389 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**                          **DEFENDANTS**

### ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

The Court has before it the plaintiffs' motion to remand.  Defendant State Farm has notified the Court that it does not oppose this motion.  I will therefore grant the plaintiffs' motion.

Accordingly, it is

**ORDERED**

That the plaintiffs' motion to remand [5] is hereby **GRANTED**, and

That the Clerk of Court shall take the steps necessary to return this case to the court in which it was originally filed.

**SO ORDERED** this 13th day of June, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge